JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 699 -- IN RE LITIGATION INVOLVING FOIA REQUESTS OF BURTON R. LANDES

| Date | Pldg. | Pleading Description |
|---|---|---|
| 86/07/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, W/CERT. OF SVC. -- Plaintiff Burton R. Landes -- SUGGESTED TRANSFEREE DISTRICT; -- E. D. PENNSYLVANIA (PAA) |
| 86/07/14 | 2 | BRIEF -- (re: pldg. #1) Burton R. Landes -- w/cert. of service and letter listing certain corrections pertaining to this pleading -- w/cert. of svc. (paa) |
| 86/07/24 | | APPEARANCE: BURTON R. LANDES, PRO SE. (paa) |
| 86/07/28 | | APPEARANCE: JOAN K. GARNER, ESQ. (ASS'T. U.S. ATTORNEY) for U.S. Department of Justice, George P. Shultz, James S. Gracey and Elizabeth Hanford Dole. (paa) |
| 86/07/29 | 3 | RESPONSE (to pldg. #1) -- defts. Department of Justice, George P. Shultz, James S. Gracey and Elizabeth Hanford Dole -- w/cert. of service (cds) |
| 86/08/01 | 4 | REPLY -- Pltf. Burton R. Landes -- w/cert. of svc. (tmq) |
| 6/08/13 | 5 | AMENDMENT/MOTION (to pldg. 1) -- Plaintiff, pro se, Burton R. Landes -- w/cert. of svc. (tmq) |
| 86/08/15 | | HEARING ORDER -- Setting motion of Burton R. Landes for transfer of Actions -- On September 25, 1986 in Pittsburgh, Pa. (paa) |
| 86/09/16 | 6 | SUPPLEMENTAL (to pldg. #3) -- U.S.A Plaintiff -- w/cert. of svc. (tmq) |
| 86/09/25 | | WAIVERS FOR ORAL ARGUMENT ON September 25, 1986 -- Pittsburgh, Pennsylvania -- Burton R. Landes, Pro Se; Joan K. Garner, Esq. for Department of Justice, et al. (paa) |
| 86/10/02 | | ORDER DENYING TRANSFER -- (of A-1 thru A-5) Notified involved counsel, mis. recipients, judges and clerks (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 699 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LITIGATION INVOLVING FOIA REQUESTS OF BURTON R. LANDES

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| September 25, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 2, 1986 | MO | unpublished | | | |

### Special Transferee Information

DATE CLOSED: October 2, 1986

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 699 -- IN RE LITIGATION INVOLVING FOIA REQUESTS OF BURTON R. LANDES

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Burton R. Landes, Pro Se, v. Department of Justice | Pa., E. Lord | 85-3095 | | | | |
| A-2 | Burton R. Landes, Pro Se, v. George P. Shultz | Pa., E. Newcomer | 86-0220 | | | | |
| A-3 | Burton R. Landes, Pro Se, v. James S. Gracey | Pa., E. ~~D.C. Green~~ | 86-4659 ~~86-1546~~ | | | | |
| A-4 | Burton R. Landes, Pro Se, v. Elizabeth H. Dole | Pa., E. | 86-3601 | | | | |
| A-5 | Burton R. Landes, Pro Se, v. Harry N. Walters | D.C. Harris | 86-2115 | | | | |

JPML Form 4

REVISED 7/29/86

COUNSEL OF RECORD
ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 699 -- IN RE LITIGATION INVOLVING FOIA REQUESTS OF BURTON R. LANDES

| COUNSEL LIST | |
|---|---|
| BURTON R. LANDES     (A-1 thru A-4)<br>Burton R. Landes, Pro Se<br>11 College Avenue<br>Trappe, Pennsylvania   19426 | GEORGE P. SHULTZ<br>JAMES S. GRACEY<br>ELIZABETH HANFORD DOLE<br>DEPARTMENT OF JUSTICE<br>Joan K. Garner, Esquire<br>Assistant U.S. Attorney<br>United States Attorney's Office<br>3310 U.S. Courthouse<br>601 Market Street<br>Philadelphia, Pa.   19106<br><br>United States Solicitor General<br>(No App. Rec'd)<br>Constitution Avenue & Tenth St., N.W.<br>Washington, D.C.   20530<br><br>Harry N. Walters<br>Veterans Administor<br>Veterans Administration<br>810 Vermont Avenue, NW<br>Washington, D.C. 20420 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 699 -- IN RE LITIGATION INVOLVING FOIA REQUESTS OF BURTON R. LANDES

| Name of Party | Named as Party in Following Actions |
|---|---|
| DEPARTMENT OF JUSTICE | A-1 |
| GEORGE P. SHULTZ (Secretary of State) | A-2 |
| JAMES S. GRACEY (Admiral, US Coast Guard) | A-3 |
| ELIZABETH HANFORD DOLE (Secretary of Transportation) | A-4 |
| JACK LEGGATT | A-5 |
| UNITED STATES | A-6 |