JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -2 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 699

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE LITIGATION INVOLVING FOIA REQUESTS OF BURTON R. LANDES

ORDER DENYING TRANSFER*

This litigation consists of five actions pending in two federal districts: four actions in the Eastern District of Pennsylvania and one action in the District of the District of Columbia. Presently before the Panel is a motion by Burton R. Landes (Landes), the sole plaintiff in each action. The motion, as amended, seeks to transfer the District of Columbia action, pursuant to 28 U.S.C. §1407, to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with actions pending in that district.[1/] The United States, as representative of the interests of defendants in this litigaton, opposes transfer.

On the basis of the papers filed,[2/] the Panel finds that movant has failed to demonstrate 1) that the actions in this litigation involve any substantial common questions of fact, or ii) that transfer under Section 1407 would serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

IT IS THEREFORE ORDERED that the motion, as amended, for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

[1/] In addition to the four Eastern District of Pennsylvania actions listed on the attached Schedule A, Landes has recently commenced three other related actions in that district.

[2/] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

SCHEDULE A

<u>MDL-699 -- In re Litigation Involving FOIA Requests of Burton R. Landes</u>

    <u>District of the District of Columbia</u>

  <u>Burton R. Landes, Pro Se. v. Harry N. Walters</u>, C.A. No. 86-2115

    <u>Eastern District of Pennsylvania</u>

  <u>Burton R. Landes, Pro Se. v. Department of Justice</u>, C.A. No. 85-3095

  <u>Burton R. Landes, Pro Se. v. George P. Shultz</u>, C.A. No. 86-0220

  <u>Burton R. Landes, Pro Se. v. Elizabeth H. Dole</u>, C.A. No. 86-3601

  <u>Burton R. Landes, Pro Se. v. James S. Gracey</u>, C.A. No. 86-4689